# Order

Michigan Supreme Court
Lansing, Michigan

January 31, 2014

147593

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CHAD DWAINE CUMMINGS,
     Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147593
COA: 310944
Berrien CC: 2006-406086-FC

_____/

     On order of the Court, the application for leave to appeal the July 3, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



h0127

              Clerk